


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULABO USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GENIUS EXTRACTION TECHNOLOGIES, INC., <br><br> Defendant. | No. 5:17-cv-03690-JLS <br><br> CIVIL ACTION |

FILED
AUG 21 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

### STIPULATION OF COUNSEL FOR AN EXTENSION OF TIME FOR DEFENDANT TO ANSWER THE COMPLAINT

AND NOW, this 16th day of August, 2017 it is hereby STIPULATED and AGREED by and between the undersigned counsel that the time for Defendant Genius Extraction Technologies, Inc. to file an Answer with Affirmative Defenses and Counterclaims in response to plaintiff Julabo USA, Inc.'s Complaint is extended through and including Monday, September 11, 2017.

Respectfully submitted,

Adrian K. Cousens, Esq.
GROSS MCGINLEY, LLP
33 South 7th Street, P.O. Box 4060
Allentown, PA 18105-5060
Tel: 610-820-5450; Fax: 610-820-6006
E-mail: Acousens@grossmcginley.com

*Counsel for Plaintiff*

Jeffrey S. Feldman, Esq.
FRIEDMAN SCHUMAN, P.C.
101 Greenwood Avenue, 5th Floor
Jenkintown, PA 19046-2636
Tel: 215-690-3824 ; Fax: 215-635-7212
Email: jfeldman@fsalaw.com

*Counsel for Defendant*

APPROVED BY THE COURT:

_____ J.
Date: Aug. 18, 2017

e-mailed