IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULABO USA, INC. | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | 17-cv-03690-RAL |
| | : | |
| GENIUS EXTRACTION TECHNOLOGIES, INC. | : | |
| | : | |
| Defendant. | : | |

## ORDER

The parties have jointly requested a stay of the discovery schedule in this case pending a settlement conference scheduled to take place on March 19, 2018. Good cause appearing, it is on this **9th** day of **February**, **2018**, **ORDERED**, that the discovery schedule previously fixed by my Order of December 15, 2017 is **STAYED**. All counsel will participate in a status call with me on March 20, 2018 at 12 noon. Counsel for plaintiff will arrange the call.

                                      **BY THE COURT:**

                                      *s/Richard A. Lloret*_____
                                      **RICHARD A. LLORET**
                                      **UNITED STATES MAGISTRATE JUDGE**